IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Joe Hand Promotions, Inc. | Civil No. 2:09-CV-3337-DCN |
| Plaintiff, | |
| vs. | **ORDER** |
| Creekside Restaurant Group, LLC, d/b/a Creekside Bar & Grill, and Grant Naylor, | |
| Defendants. | |

This matter is before the court on defendants' motion to dismiss plaintiff's complaint pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(6), and 17(b). Having thoroughly considered the parties' written and oral submissions in light of the standard set forth in Ashcroft v. Iqbal, 129 S. Ct. 1937 (2009),[1] the court **DENIES** defendants' motion to dismiss.

**AND IT IS SO ORDERED**.

_____
**DAVID C. NORTON**
**CHIEF UNITED STATES DISTRICT JUDGE**

**July 9, 2010**
**Charleston, South Carolina**

---

[1] Inexplicably, neither party cited this case in its brief.